IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01761-WJM-KLM

**GREG A. RACE**
**LEAF P. TREINEN**

    Plaintiffs,

v.

**BOARD OF COMMISSIONERS OF THE COUNTY OF LAKE, COLORADO;**
**BRUCE HIX, in his individual capacity; DOLORES SEMSACK, in her individual capacity;**
**JAMES MOYER; and ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN**
**THE SUBJECT PROPERTY**

    Defendants.

---

### STIPULATED ORDER

---

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

    DATED at Denver, Colorado, this 7th day of October, 2015.

    BY THE COURT:

    _____
    United States Magistrate Judge

APPROVED:

*/s/ Seth Murphy*
Seth Murphy
Spierer, Woodward, Corbalis & Goldberg, PC
Attorney for Plaintiffs


*/s/ Anthony Melonakis*
Anthony Melonakis
Law Firm of Anthony Melonakis
Attorney for Defendant Board of County Commissioners of Lake County, Colorado; Defendant Bruce Hix; and Defendant Delores Semsack


*/s/ Thomas Korver*
Thomas Korver
Petros & White LLC
Attorney for Defendant James Moyer: